## J. P. Russell et al. v. William Payne.

1. RULES OF COURT—*Failure to Comply With.*—When the appellee fails to comply with the rules of the court in not filing his briefs, the judgment may be reversed and the cause remanded under rule twenty-seven of this court.

Trespass, for false imprisonment. Appeal from the Circuit Court of Kankakee County; the Hon. CHARLES R. STARR, Judge, presiding. Heard in this court at the December term, 1895. Reversed and remanded for want of briefs. Opinion filed June 1, 1896.

PADDOCK & COOPER, attorneys for appellants.

OPINION PER CURIAM.

This was a suit by appellee against appellants, the city of Kankakee and S. F. Russell, its marshal, charging them with false imprisonment of appellee, and for arresting him for violating a city ordinance against peddling without license. Appellee recovered $100 against appellants upon which judgment was rendered. This appeal is taken and appellants have filed their briefs in compliance with its rules of this court, but appellee has failed to comply with the rules in not filing his briefs. The judgment of the court below is therefore reversed, and the cause remanded, under rule twenty-seven of this court, for want of briefs.